**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ROBERT SLOVAK, | ) | 3:13-CV-0569-RCJ (VPC) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 28, 2014 |
| | ) | |
| WELLS FARGO BANK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>LISA MANN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

   Robert Slovak is represented by retained counsel Joseph Scalia, Esq. "A party who has appeared by attorney cannot while so represented appear or act in the case." LR IA, LR 10-6(a). Any document that is filed in this matter must be filed by counsel. Therefore, the motion to unseal the recording from the settlement conference for the sole purpose of obtaining a transcript (#87) is hereby **STRICKEN**.

   **IT IS SO ORDERED.**

                                                                       LANCE S. WILSON, CLERK

                                                        By:          /s/
                                                                       Deputy Clerk