**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ROBERT SLOVAK, | ) | 3:13-CV-0569-RCJ (VPC) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 29, 2014 |
| | ) | |
| WELLS FARGO BANK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN       REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to unseal the recording from the settlement conference for the sole purpose of obtaining a CD of the settlement conference (#97) is **GRANTED**. The Clerk shall **PRODUCE**, at plaintiff's expense, an audio CD of the minutes of the settlement conference placed on the record on June 3, 2014 (#83).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
        Deputy Clerk