**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ROBERT SLOVAK, | ) | 3:13-CV-0569-RCJ (VPC) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 17, 2014 |
| | ) | |
| WELLS FARGO BANK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   The request to be excused from status conference by Golf Course Villas Homeowners' Association ("GCVHA") (#100) is **GRANTED**.  GCVHA and its attorneys shall not be required to appear at the status conference set for Monday, September 22, 2014 at 2:00 p.m.

   **IT IS SO ORDERED.**

                                                                            LANCE S. WILSON, CLERK

                                              By:              /s/
                                                                 Deputy Clerk