**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ROBERT SLOVAK. | ) | 3:13-CV-0569-RCJ  (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 18, 2014 |
| | ) | |
| GOLF COURSE VILLAS HOMEOWNERS' ASSOCIATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:       LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Wells Fargo Bank's motion to file under seal motion to enforce settlement (#106) is **GRANTED**.  The motion to enforce settlement (#107) is filed and shall remain under seal.

Plaintiff's motion to file response to motion to enforce settlement and declaration (#114) is **GRANTED**.  The response (#115) and declaration (#116) are filed and shall remain under seal.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/
       Deputy Clerk