# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT A. SLOVAK, | CASE NO.: 3:13-CV-00569-RCJ-VPC |
| Plaintiff, | **ORDER** |
| v. | |
| GOLF COURSE VILLAS HOMEOWNERS ASSOCIATION, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#124[1]) entered on March 2, 2015, recommending that Defendant Wells Fargo Bank, N.A.'s Motion to Enforce Settlement (ECF #107) be granted and the settlement agreement, attached to Defendant's Motion as Exhibit 9 be ratified as the binding agreement between Plaintiff and Defendant and the Plaintiff perform under the terms of the agreement, and dismissal of the case with prejudice.  Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#126) on March 19, 2015.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation (#124) entered on March 2, 2015, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Defendant Wells Fargo Bank, N.A.'s Motion to Enforce Settlement (ECF #107) is GRANTED.

IT IS FURTHER ORDERED that the Settlement Agreement, attached to Defendant's Motion (ECF #107) as Exhibit 9, is ratified as the binding agreement between Plaintiff and Defendant.

///

///

///

---

[1] Refers to court's docket number.

1    IT IS FURTHER ORDERED that Plaintiff shall perform under the terms of the binding
2 Settlement Agreement.
3    IT IS FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE with the
4 parties to bear their own costs and attorney fees.  The Clerk of the Court shall close the case.
5    IT IS SO ORDERED this 31st day of March, 2015.

_____
ROBERT C. JONES