**CROSBY & FOX, LLC**
David Crosby, Esq.
Nevada Bar No. 3499
Troy Fox
Nevada Bar No. 11127
710 S. Eighth St.
Las Vegas, NV 89101
info@crosby-fox.com
(702) 382-1007

✓ FILED
+ ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
DEC - 4 2017
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Robert C. Slovak, an individual,

Plaintiff,

v.

Golf Course Villas Homeowners Association; Gold Course Villas Limited Partnership; Wells Fargo Bank, N.A. and Does 1-10, Inclusive,

Defendants.

Case No.: 3:13-cv-569-RJC-VPC

**Stipulation and Order to Extend Time to File Reply to Defendant's Response to Plaintiff's Motion to Enforce Settlement Agreement**

**(First Request)**

Crosby & Fox, LLC
710 S. 8th St., Las Vegas, NV 89101
Ph: (702) 382-1007 Fax (702) 382-1021

Pursuant to Local Rule IA 6-1 and LR 7-1 this *Stipulation and Order to Extend Time to File Reply to Defendant's Response to Plaintiff's Motion to Enforce Settlement Agreement (First Request)* is entered into between Plaintiff, Robert A. Slovak (Plaintiff) and Defendant, Wells Fargo Bank N.A. ("Wells Fargo") through their attorneys, based on the following:

1. Plaintiff filed a Motion to File Under Seal Motion to Enforce Settlement [ECF #155] and Motion to Enforce Settlement Agreement (The Motion) on September 2, 2017.

2. Wells Fargo sought extensions of time to file their Response due to a variety or Circumstance which were laid out in their Third Request for Extension of Time.

3. When the Third Extension to file the Response was agreed to by Plaintiff's Counsel, he did not realize that his client was going to be out of the Country when the date for the Reply to the Response was set.

4. Counsel for the Plaintiff only recently received correspondence from his Client requesting time to review the Response and discuss same with his Counsel.

5. Counsel for Defendant and Counsel for Plaintiff have therefore agreed to a two-week extension for Plaintiff to file his Reply. Plaintiff's Reply will be due on or before **December 15, 2017**.

NOW THEREFOR, subject to the Court's approval, the parties agree as follows:

1. Plaintiff shall have until **December 15, 2017** to file a Reply to Defendant's Response to Plaintiff's Motion to Enforce Settlement Agreement

DATED this 13th day of July, 2017.

Dated this 30th day of November, 2017.

Crosby & Fox, LLC

Troy S. Fox (NV Bar No. 11127)
710 S. Eighth St.
Las Vegas, NV 89101
Ph: 702-382-1007
Fx: 702-382-1921
*Attorney for Plaintiff Robert Slovak*

Dated this 30th day of November, 2017

Snell & Wilmer, LLP

/s/ Jennifer L. McBee
Richard C. Gordan (NV Bar No. 9036)
Kelly H. Dove (NV Bar No. 10569)
Jennifer L. McBee (NV Bar No. 9110)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Ph: 702-784-5200
Fx: 702-784-5252
*Attorney for Defendant, Wells Fargo Bank N.A.*

IT IS SO ORDERED

United States Magistrate Judge

Dated: December 4, 2017

Crosby & Fox, LLC
710 S. 8th St., Las Vegas, NV 89101
Ph. (702) 382-1007 Fax (702) 382-1921

Crosby & Fox, LLC
710 S. 8th St., Las Vegas, NV 89101
Ph.(702) 362-4007 Fax (702) 362-1021

**Certificate of Service**

I hereby certify that on November 30, 2017, I electronically filed the foregoing **Stipulation and Order to Extend Time to File Reply to Defendant's Response to Plaintiff's Motion to Enforce Settlement Agreement (First Request)** with the Clerk of Court for the U.S. District Court, District of Nevada, by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system

An Employee of Crosby & Fox, LLC