**CROSBY & FOX, LLC**
David Crosby, Esq.
Nevada Bar No. 3499
Troy Fox
Nevada Bar No. 11127
710 S. Eighth St.
Las Vegas, NV 89101



FILED ✓  RECEIVED ___
ENTERED ___  SERVED ON ___
COUNSEL/PARTIES OF RECORD

**DEC 15 2017**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

*(vertical sidebar text)* Crosby & Fox, LLC 710 S. 8th St., Las Vegas, NV 89101 Ph.(702) 362-8007 Fax (702) 362-2921

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Robert C. Slovak, an individual,

    Plaintiff

v.

Golf Course Villas Homeowners Association; Gold Course Villas Limited Partnership; Wells Fargo Bank, N.A. and Does 1-10, Inclusive,

    Defendants

Case No.: 3:13-cv-569-RJC-VPC

**Stipulation and Order to Extend Time to File Reply to Defendant's Response to Plaintiff's Motion to Enforce Settlement Agreement**

**(Second Request)**

Pursuant to Local Rule IA 6-1 and LR 7-1 this *Stipulation and Order to Extend Time to File Reply to Defendant's Response to Plaintiff's Motion to Enforce Settlement Agreement (First Request)* is entered into between Plaintiff, Robert A. Slovak (Plaintiff) and Defendant, Wells Fargo Bank N.A. ("Wells Fargo") through their attorneys, based on the following:

    1.    Plaintiff filed a Motion to File Under Seal Motion to Enforce Settlement [ECF #155] and Motion to Enforce Settlement Agreement (The Motion) on September 2, 2017.

    2.    Wells Fargo sought extensions of time to file their Response due to a variety of circumstances, which were laid out in their Third Request for Extension of Time.

    3.    Plaintiff filed a Request for an extension of time to file the Reply because his client had been unable to review the Reply.

-1-

4.      Due in part to the Holidays, and a conference which Mr. Slovak has needed to attend, he has been unable to complete his review of the Reply, and would like some additional time to finalize comments and to discuss the same with his counsel.

5.      Counsel for Defendant and Counsel for Plaintiff have therefore agreed to a final extension for Plaintiff to file his Reply.  Plaintiff's Reply will be due on or before **January 12, 2018**.

NOW THEREFOR, subject to the Court's approval, the parties agree as follows:

1.      Plaintiff shall have until **January 12, 2018** to file a Reply to Defendant's Response to Plaintiff's Motion to Enforce Settlement Agreement

DATED this 14th day of December, 2017.

Dated this _____ day of _____, 2017.  Dated this 14th day of December, 2017

Crosby & Fox, LLC                          Snell & Wilmer, LLP

Troy S. Fox (NV Bar No. 11127)             Richard C. Gordan (NV Bar No. 9036)
710 S. Eighth St.                          Kelly H. Dove (NV Bar No. 10569)
Las Vegas, NV 89101                        Jennifer L. McBee (NV Bar No. 9110)
Ph: 702-382-1007                           3883 Howard Hughes Parkway, Suite 1100
Fx: 702-382-1921                           Las Vegas, NV 89169
*Attorney for Plaintiff Robert Slovak*     Ph: 702-784-5200
                                           Fx: 702-784-5252
                                           *Attorney for Defendant, Wells Fargo Bank N.A.*

**IT IS SO ORDERED.** *There shall be no further extensions.* VPC

United States Magistrate Judge

Dated: _December 15, 2017_

4812-6517-7432

## Certificate Of Service

I hereby certify that on December 14, 2017, I electronically filed the foregoing **Stipulation and Order to Extend Time to File Reply to Defendant's Response to Plaintiff's Motion to Enforce Settlement Agreement (Second Request)** with the Clerk of Court for the U.S. District Court, District of Nevada, by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system

Dated this 14th day of December, 2017

_____
An Employee of Crosby & Fox, LLC

4812-6517-7432