1  Robert A. Slovak
2  P.O. Box 5050
   Incline Village, NV 89450
3  Telephone (714) 943-0405
4  Email: robtslovak@gmail.com

5

6  Plaintiff Pro Se

7              UNITED STATES DISTRICT COURT
8                   DISTRICT OF NEVADA

9
   ROBERT A. SLOVAK, an individual,   ) Case No.: 3:13-cv-569-RJC-VPC
10                                     )
                Plaintiff,             )
11                                     )
   v.                                  ) SUBSTITUTION OF ATTORNEY
12                                     )
   GOLF COURSE VILLAS                  )
13 HOMEOWNERS' ASSOCIATION;            )
   GOLF COURSE VILLAS LIMITED          )
14 PARTNERSHIP; WELLS FARGO            )
15 BANK, N.A., and DOES 1-10, Inclusive,)
                                       )
16              Defendants.            )
17                                     )
18 _____

19
        Plaintiff Robert A. Slovak ("Plaintiff") hereby substitutes Robert A. Slovak,
20
21 Pro Se, P.O. Box 5050, Incline Village, NV 89450, (714) 943-0405, as attorney of

22 record in place and stead of: David Crosby, 710 S. Eighth Street, Las Vegas, NV

23 89101, and the law firm of Crosby & Fox LLC.
24
25 I consent to the above substitution.

26     DATED: January 12th, 2018

27
                                    _____
28                                  ~~David Crosby~~  Troy Fox, Esq

                                     - 1 -
                            SUBSTITUTION OF ATTORNEY

I consent to remove David Crosby as my attorney of record and to substitute myself as Pro Se.

DATED: January 11, 2018

*Robert A. Slovak* (signature)
Robert A. Slovak

APPROVED:

DATED: January 22, 2018

*Valerie P. Cooke* (signature)
United States Magistrate Judge