Tory M. Pankopf, Ltd.
Nevada Bar No. 7477
9450 Double R Blvd Ste B
Reno, NV 89521
Telephone (775) 384-6956
Email: tory@pankopfuslaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT A. SLOVAK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GOLF COURSE VILLAS HOMEOWNERS' ASSOCIATION; GOLF COURSE VILLAS LIMITED PARTNERSHIP; WELLS FARGO BANK, N.A., and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: 3:13-cv-569-RJC-VPC<br><br>SUBSTITUTION OF ATTORNEY |

### SUBSTITUTION OF ATTORNEY

Plaintiff Robert A. Slovak hereby substitutes Tory M. Pankopf, 9450 Double R Blvd. Ste B, Reno, NV 89521, (775) 384-6956, as attorney of record in place and stead of: Robert A. Slovak, P.O. Box 5050, Incline Village, NV 89450.

I consent to the above substitution.

DATED: January 12, 2018

*/s/ Robert A. Slovak*
Robert A. Slovak

-1-
SUBSTITUTION OF ATTORNEY

I consent to the above substitution.

I am duly admitted to practice in this District.

DATED: January 12, 2018

                              s/Tory M. Pankopf
                              Tory M. Pankopf

**APPROVED:**

DATED: January 22, 2018

                              United States Magistrate Judge