Richard C. Gordon, Esq.
Nevada Bar No. 9036
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
E-mail: rgordon@swlaw.com
   kdove@swlaw.com
   jmcbee@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 0 3 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT A. SLOVAK, an individual

Plaintiff,

vs.

GOLF COURSE VILLAS HOMEOWNERS' ASSOCIATION; GOLF COURSE VILLAS LIMITED PARTNERSHIP; WELLS FARGO BANK, N.A., and DOES 1 - 10, Inclusive,

Defendants.

CASE NO.: 3:13-CV-00569-MMD-VPC

**STIPULATION AND ORDER TO RESCHEDULE STATUS CHECK**

Plaintiff, Robert A. Slovak, and Defendant, Wells Fargo Bank N.A., by and through their undersigned counsel of record, Tory M. Pankopf and Snell & Wilmer L.L.P., hereby stipulate and

/ / /

/ / /

/ / /

4830-6006-9214

1  agree to move the currently scheduled Status Check from April 4, 2018 at 2:00 p.m. to **May 10,**

2  **2018 at 2:00 p.m**.

3  DATED this 30th day of March, 2018          DATED this 30th day of March, 2018

4                                              SNELL & WILMER L.L.P.

5  */s/ Tory M. Pankopf*                       */s/ Jennifer L. McBee*
   Tory M. Pankopf (NV Bar No. 7477)           Richard C. Gordon (NV Bar No. 9036)
6  9450 Double R Blvd. Ste B                   Kelly H. Dove (NV Bar No. 10569)
   Reno, NV 89521                              Jennifer L. McBee (NV Bar No. 9110)
7  Phone: (775) 384-6956                       3883 Howard Hughes Parkway, Suite 1100
   Fax: (775) 384-6958                         Las Vegas, NV 89169
8                                              Phone: (702) 784-5200
   *Attorneys for Plaintiff Robert A. Slovak*  Fax: (702) 784-5252

9                                              *Attorneys for Defendant Wells Fargo Bank, N.A*

## ORDER

**IT IS SO ORDERED.**

DATED this ___ day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

4830-6006-9214

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2018, I electronically filed the foregoing **STIPULATION AND ORDER TO RESCHEDULE STATUS CHECK** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 30th day of March 2018.

*/s/ Jill Math*
An Employee of Snell & Wilmer L.L.P.

- 3 -

4830-6006-9214