1   Richard C. Gordon, Esq.
    Nevada Bar No. 9036
2   Kelly H. Dove
    Nevada Bar No. 10569
3   Jennifer L. McBee
    Nevada Bar No. 9110
4   SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway, Suite 1100
5   Las Vegas, NV 89169
    Telephone: (702) 784-5200
6   Facsimile: (702) 784-5252
    Email: rgordon@swlaw.com
7          kdove@swlaw.com
           jmcbee@swlaw.com
8
    *Attorneys for Defendant Wells Fargo Bank, N.A.*
9

——— FILED   ——— RECEIVED
——— ENTERED   ——— SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 1 3 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

10              **IN THE UNITED STATES DISTRICT COURT**

11                      **DISTRICT OF NEVADA**     *ORDER*

12  ROBERT A. SLOVAK, an individual,          CASE NO. 3:13-cv-00569-RCJ-VPC

13                  Plaintiff,                 **MOTION TO SEAL WELLS FARGO**
                                               **BANK, N. A.'S SUPPLEMENTAL**
14  vs.                                        **CASE MANAGEMENT REPORT**

15  GOLF COURSE VILLAS HOMEOWNERS'
    ASSOCIATION; GOLF COURSE VILLAS
16  LIMITED PARTNERSHIP; WELLS FARGO
    BANK, N.A., and DOES 1 - 10, Inclusive,
17
18                  Defendants.

19

20          Pursuant to Local Rule 10-5 and Federal Rule of Civil Procedure 5.2, Defendant Wells

21  Fargo Bank, N.A. ("Wells Fargo") hereby moves this Court for an Order to Seal its Supplemental

22  Case Management Report ("Status Report").

23

24  ///

25

26  ///

27

28  ///

1      Wells Fargo requests that its Status Report be filed under seal due to reference to a sealed

2    status conference transcript within the Status Report.

3      Dated: June 12, 2018.    SNELL & WILMER L.L.P.

4

5                 /s/ Jennifer L. McBee
            Richard C. Gordon (NV Bar No. 9036)

6                Kelly H. Dove (NV Bar No. 10569)
            Jennifer L. McBee (NV Bar No. 9110)

7                3883 Howard Hughes Parkway, Suite 1100
            Las Vegas, Nevada 89169

8                Telephone: (702) 784-5200
            Facsimile: (702) 784-5252

9                *Attorneys for Defendant Wells Fargo Bank, N.A.*

10

11

12   **IT IS SO ORDERED.**

13

14              _____

15             United States Magistrate Judge
          DATED: _____

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

- 2 -

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 12, 2018, I electronically filed the foregoing **MOTION TO SEAL WELLS FARGO BANK, N. A.'S SUPPLEMENTAL CASE MANAGEMENT REPORT** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that I emailed the foregoing document and mailed by First-Class Mail, postage fully prepaid, to the following:

> Tory M. Pankopf, Esq.
> Law Offices of Tory M. Pankopf, Ltd.
> 748 South Meadows Parkway, Suite 244
> Reno, NV 89521
> Email:  tory@pankopfuslaw.com

DATED this 12th day of June, 2018.

_Jill Math_
An Employee of Snell & Wilmer L.L.P.