TORY M. PANKOPF, ESQ., SBN 7477
LAW OFFICES OF TORY M PANKOPF, LTD
748 S Meadows Parkway, Suite 244
Reno, Nevada 89521
Telephone: (775) 384-6956
Facsimile: (775) 384-6958
tory@pankopfuslaw.com

___ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 22 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT A. SLOVAK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GOLF COURSE VILLAS HOMEOWNERS' ASSOCIATION; GOLF COURSE VILLAS LIMITED PARTNERSHIP; WELLS FARGO BANK, N.A., and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: 3:13-cv-569-RJC-VPC<br><br>ORDER<br><br>MOTION FOR AN ORDER FOR PRODCUTION OF TRANSCRIPTS FROM SEALED RECORDINGS OF HEARINGS |

Plaintiff, Robert A. Slovak, moves this court for orders for the production of transcripts from the sealed recordings of the May 10, 2018, status hearing and the June 20, 2018, hearing.

Dated: June 21, 2018

s/Tory M Pankopf
Tory M Pankopf
Attorney for Plaintiff

IT IS SO ORDERED
_____
U.S. MAGISTRATE JUDGE
DATED: June 22, 2018

- 1 -