1  Richard C. Gordon, Esq.
   Nevada Bar No. 9036
2  Kelly H. Dove
   Nevada Bar No. 10569
3  Jennifer L. McBee
   Nevada Bar No. 9110
4  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
5  Las Vegas, NV 89169
   Telephone:  (702) 784-5200
6  Facsimile:  (702) 784-5252
   Email: rgordon@swlaw.com
7         kdove@swlaw.com
          jmcbee@swlaw.com
8
   *Attorneys for Defendant Wells Fargo Bank, N.A.*
9

10              **IN THE UNITED STATES DISTRICT COURT**

11                      **DISTRICT OF NEVADA**

12
   ROBERT A. SLOVAK, an individual          CASE NO.  3:13-cv-00569-RCJ-VPC
13
                  Plaintiff,                **WELLS FARGO BANK, N. A.'S**
14                                           **MOTION FOR AN ORDER**
   vs.                                       **PRODUCING TRANSCRIPT FROM**
15                                           **SEALED RECORDING OF**
   GOLF COURSE VILLAS HOMEOWNERS'            **FEBRUARY 23, 2018 HEARING**
16 ASSOCIATION; GOLF COURSE VILLAS
   LIMITED PARTNERSHIP; WELLS FARGO
17 BANK, N.A., and  DOES 1 - 10, Inclusive,

18                Defendants.

19

20      Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through its counsel, the law

21 firm of Snell & Wilmer L.L.P., hereby moves this Court for an order allowing production of the

22
23 / / /

24
25 / / /

26
27 / / /

28

4846-6191-3707

transcript from the sealed recording of the February 23, 2018 hearing on Plaintiff's Motion to

Enforce Settlement Agreement before Magistrate Judge Valerie P. Cooke.

Dated: June 26, 2018.                     SNELL & WILMER L.L.P.


_____/s/ Jennifer L. McBee_____
Richard C. Gordon (NV Bar No. 9036)
Kelly H. Dove (NV Bar No. 10569)
Jennifer L. McBee (NV Bar No. 9110)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:  (702) 784-5200
 Facsimile:  (702) 784-5252

*Attorneys for Defendant Wells Fargo Bank, N.A.*

4846-6191-3707

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 26, 2018, I electronically filed the foregoing **WELLS FARGO BANK, N. A.'S MOTION FOR AN ORDER PRODUCING TRANSCRIPT FROM SEALED RECORDING OF FEBRUARY 23, 2018 HEARING** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system.

    I further certify that I emailed the foregoing document to the following:

Tory M. Pankopf, Esq.
Email: tory@pankopfuslaw.com

DATED this 26th day of June, 2018.

_____
An Employee of Snell & Wilmer L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

- 3 -

4846-6191-3707