1  **TORY M. PANKOPF, ESQ., SBN 7477**
   **LAW OFFICES OF TORY M PANKOPF, LTD**
2  748 S Meadows Parkway, Suite 244
   Reno, Nevada 89521
3  Telephone: (775) 384-6956
   Facsimile: (775) 384-6958
4  tory@pankopfuslaw.com

5

6

7

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10
   ROBERT A. SLOVAK, an individual,          Case No.: 3:13-cv-569-RJC-VPC
11
                 Plaintiff,
12
   v.
13
   GOLF COURSE VILLAS HOMEOWNERS'            **APPLICATION FOR EXTENSION OF TIME**
14 ASSOCIATION; GOLF COURSE VILLAS          **TO FILE MOTION FOR SANCTIONS**
   LIMITED PARTNERSHIP; WELLS FARGO
15 BANK, N.A., and DOES 1-10, Inclusive,           **FIRST REQUEST**

16                Defendants.                 Local Rule -6-1

17

18

19      Plaintiff, Robert A. Slovak, pursuant to Local Rule 6-1, moves this Court for an order

20 extending the time to file his motion for sanctions. Plaintiff's motion is due Friday, July 6, 2018, at

21 the close of business. Plaintiff respectfully requests an extension of 7 days to file his response on

22 Friday, July 13, 2018.

23      Counsel is almost finished with the motion and will be able to file it as requested. Counsel

24 has two additional issues that need to be adequately researched to provide an intelligible analysis.

   Further, exhibits in support of Plaintiff's damages have not all been identified and will be produced.
25
   There are no other attorneys in counsel's law office to draft the motion, conduct the research, and
26
   review the documents. Counsel will be able to provide his client's response within the time frame
27
   requested.
28

1    As such, the Plaintiffs' respectfully request a one-week (7-day) extension to Friday,

2   July 13, 2018.

3

4   Dated: June 1, 2018

5

6                                    s/Tory M Pankopf
                                     Tory M Pankopf
7                                    Attorney for Plaintiff

8      Plaintiff's request for a 7 day extension of time to file his motion on Friday, July 13, 2018, is

9   granted.

10

11

12                          **IT IS SO ORDERED.**

13   DATED this  11th day of  July , 2018.

14

15                                    _____
16                                    UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28