TORY M. PANKOPF, ESQ., SBN 7477
LAW OFFICES OF TORY M PANKOPF, LTD
748 S Meadows Parkway, Suite 244
Reno, Nevada 89521
Telephone: (775) 384-6956
Facsimile:  (775) 384-6958
tory@pankopfuslaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT A. SLOVAK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GOLF COURSE VILLAS HOMEOWNERS' ASSOCIATION; GOLF COURSE VILLAS LIMITED PARTNERSHIP; WELLS FARGO BANK, N.A., and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: 3:13-cv-569-RJC-VPC<br><br>**APPLICATION FOR EXTENSION OF TIME TO FILE MOTION FOR SANCTIONS**<br><br>**SECOND REQUEST**<br><br>Local Rule -6-1 |

Plaintiff, Robert A. Slovak, pursuant to Local Rule 6-1, moves this Court for an order extending the time to file his Rule 11 motion for sanctions. Plaintiff's motion is due Friday, July 13, 2018. Counsel has concluded that a motion pursuant to Rule 11 is appropriate. Therefore, the 21-day safe harbor provision is implicated. Pursuant to the court's minutes entered on June 20, 2018, following the proceedings that same day (Court Document 202), the court advised it is amenable to granting a motion for an extension of time to allow the plaintiff time to comply with the safe harbor provision of Rule 11.

Plaintiff respectfully requests an extension of 21 days plus an additional 14 to file his motion to Thursday, August 16, 2018, in the event the conduct outlined in the Rule 11 motion is not remedied.

- 1 -

Dated: July 12, 2018

                                              <u>s/Tory M Pankopf</u>
                                              Tory M Pankopf
                                              Attorney for Plaintiff

Plaintiff's request for a 35 day extension of time to comply with the safe harbor provision of Rule 11 and file his motion on Thursday, August 16, 2018, is granted.

*This is the final extension. VPC*

IT IS SO ORDERED.

DATED this 17th day of July, 2018.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE