1  **TORY M. PANKOPF, ESQ., SBN 7477**
   **LAW OFFICES OF TORY M PANKOPF, LTD**
2  748 S Meadows Parkway, Suite 244
   Reno, Nevada 89521
3  Telephone: (775) 384-6956
4  Facsimile:  (775) 384-6958
   tory@pankopfuslaw.com



## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT A. SLOVAK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GOLF COURSE VILLAS HOMEOWNERS' ASSOCIATION; GOLF COURSE VILLAS LIMITED PARTNERSHIP; WELLS FARGO BANK, N.A., and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: 3:13-cv-00569-MMD-CBC<br><br>**APPLICATION FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION FOR SANCTIONS**<br><br>**FIRST REQUEST**<br><br>Local Rule -6-1 |

    Plaintiff, Robert A. Slovak, pursuant to Local Rule 6-1, moves this Court for an order extending the time to file his reply to defendants opposition to motion for sanctions. Plaintiff's motion is due Monday September 10, 2018. Plaintiff respectfully requests an extension of 1 day to file his Reply on Tuesday, September 11, 2018.

    Counsel is almost finished with the motion and will be able to file it as requested. Counsel finalizing the reply, declaration in support, and accompanying exhibits. There are no other attorneys in counsel's law office to draft the reply, conduct the research, and review the documents. Counsel will be able to provide his client's reply within the time frame requested.

    As such, the Plaintiffs' respectfully request a one-day (1-day) extension to Tuesday, September 11, 2018.

- 2 -

Dated: September 11, 2018

                                    <u>s/Tory M Pankopf</u>
                                    Tory M Pankopf
                                    Attorney for Plaintiff

     Plaintiff's request for a 1-day extension of time to file his motion on Tuesday, September 11, 2018, is granted.

**IT IS SO ORDERED.**

DATED this 11th day of September, 2018.

                                      _____
                                    UNITED STATES MAGISTRATE JUDGE