TORY M. PANKOPF, ESQ., SBN 7477
LAW OFFICES OF TORY M PANKOPF, LTD
748 S Meadows Parkway, Suite 244
Reno, Nevada 89521
Telephone: (775) 384-6956
Facsimile: (775) 384-6958
tory@pankopfuslaw.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT A. SLOVAK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GOLF COURSE VILLAS HOMEOWNERS' ASSOCIATION; GOLF COURSE VILLAS LIMITED PARTNERSHIP; WELLS FARGO BANK, N.A., and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: 3:13-cv-00569-MMD-CBC<br><br>**APPLICATION FOR EXTENSION OF TIME TO FILE DR. JAMES KELLEY'S REPORT FOLLOWING HIS DECEMBER 18, 2018 EXAMINANTION OF DOCUMENTS**<br><br>**FIRST REQUEST**<br><br>Local Rule -6-1 |

Plaintiff, Robert A. Slovak, pursuant to Local Rule 6-1, moves this Court for an order extending the time to file Dr. James Kelley's report following his December 18, 2018 examination of the documents at the courthouse ("Report"). Dr. Kelley's Report is due Monday, December 24, 2018. Plaintiff respectfully requests an extension of 4-days to file his Report on Friday, December 28, 2018.

Dr. Kelley is almost finished with his Report and will be able to file it as requested.

As such, Plaintiff respectfully request a four (4) day extension to Friday, December 28, 2018.

Dated: December 24, 2018

                                     s/Tory M Pankopf
                                     Tory M Pankopf
                                     Attorney for Plaintiff

Plaintiff's request for a 4-day extension of time to file his motion on Friday, December 28, 2018, is granted.

*No further extensions shall be granted.*

IT IS SO ORDERED.

DATED this 26th day of December, 2018.

                               _____
                               UNITED STATES MAGISTRATE JUDGE