# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT SLOVAK, | ) | 3:13-CV-0569-MMD-CLB |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | December 11, 2019 |
| GOLF COURSE VILLAS HOMEOWNERS' ASSOCIATION, et al., | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE CARLA BALDWIN</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>LISA MANN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

The stipulation for extension of time (ECF No. 264) is **DENIED** without prejudice. This case was filed in 2013 and has suffered extraordinary delays for a myriad of reasons. The plaintiff is currently represented by two attorneys of record, Tory Pankopf and Scott Johannessen. In the stipulation, Mr. Pankopf asserts that an extension of time to respond to the defendant's motion for attorney's fees is necessitated by his present health issues. However, the stipulation fails to provide an explanation why co-counsel, Mr. Johannessen, is unable to prepare an opposition to the motion for attorney's fees on time. The parties are granted leave to file a second stipulation on or before **Monday, December 16, 2019.**

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:_____/s/_____
       Deputy Clerk