TORY M. PANKOPF, ESQ., SBN 7477
LAW OFFICES OF TORY M PANKOPF, LTD
748 S Meadows Parkway, Suite 244
Reno, Nevada 89521
Telephone: (775) 384-6956
Facsimile:  (775) 384-6958
tory@pankopfuslaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT A. SLOVAK, an individual, | Case No.: 3:13-cv-569-RJC-VPC |
| Plaintiff, | |
| v. | |
| GOLF COURSE VILLAS HOMEOWNERS' ASSOCIATION; GOLF COURSE VILLAS LIMITED PARTNERSHIP; WELLS FARGO BANK, N.A., and DOES 1-10, Inclusive, | MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR ATTORNEY FEES AND COSTS; RESPONSE TO COURT'S QUERY IN ORDER DENYING REQUEST |
| Defendants. | **SECOND REQUEST** |
| | Local Rules 6-1, 6-2, and 7-1 |

Plaintiff, Robert A. Slovak ("Plaintiff"), pursuant to Local Rules 6-1, 6-2, and 7-1, moves for an order extending time 31 days to respond to Defendant's motion for attorneys' fees and costs. Plaintiff's response is due Tuesday, December 10, 2019. This motion will permit Plaintiff's response to be due on Friday, January 10, 2020. This is the second motion for extension of time to file his response given the first stipulation was denied without prejudice to allow for an explanation of Mr. Scott Johannessen's availability.  Moreover, counsel for defendant, Wells Fargo Bank, N.A. ("Defendant") has advised it does not oppose Plaintiff's request but cannot sign a second stipulation

because most of the representations in it are about Mr. Pankopf's and Mr. Johannessen's personal circumstances, about which Defendant's counsel has no direct knowledge

At this time counsel is in the process of having shoulder replacement surgery and will be recuperating over the holidays. He has been unable to focus on an appropriate response to the motion given his health issue. Counsel will be able to provide his client's response within the time frame requested.

**Plaintiff's Counsel's Response to Court's Query in Order**

Mr. Pankopf is lead counsel in this case and Mr. Johannessen defers to Mr. Pankopf, as local counsel, on matters of purely local import under the local rules, like seeking a common continuance request agreed to by all parties. Had Mr. Johannessen believed it would be necessary for him to join in Mr. Pankopf's continuance request, graciously stipulated to by opposing counsel and the resulting effect of which prejudices no one, or motion response filing he would have done so. Perhaps as or more importantly, the client directed Mr. Pankopf to respond to matters concerning any post-hearing motion in this case, and Mr. Johannessen, in his capacity as an attorney, is ethically obligated to follow the client's instructions and representation limitations pursuant to Rule of Professional Conduct 1.2.

As a practical matter, Mr. Johannessen did not know of Mr. Pankopf's medical issues or limitations until December 9, 2019, when Mr. Pankopf shared this private medical information with him. Not having heard from Mr. Pankopf since September 2019 and neither defendant Wells Fargo Bank nor the Court taking any action in this case since June 2019 — following remittitur from the Ninth Circuit Court of Appeal — there was no reason to expect to be engaged in responding to any motion filed during the Thanksgiving holiday or the year end Christmas holidays, which Mr. Johannessen perennially (over 30 years now) spends with his spouse and children. Mr. Johannessen will be on a preplanned family vacation from December 16, 2019 through January 6, 2020, with the exception of a deposition (Nashville, December 16) and a court hearing (Los Angeles, December 17).

What is more, since medical challenges are rarely planned and most all of us one time or another have debilitating medical conditions preventing us from doing what we planned to do, Mr.

Johannessen had no reason to believe, until December 9, 2019, that Mr. Pankopf was not in a position to attend to this case as he always has with due diligence and measured attention.

Again, under the circumstances, Defendant's counsel was kind enough to agree to a reasonable continuance request that harms no one and respects opposing counsel; a measure of professional courtesy and civility the Court surely must expect from the attorneys who practice before it.

As such, the Plaintiff respectfully request a one-month (31-days) extension to Friday, January 10, 2020.

DATED this 12th day of December 2019

By: _s/Tory M. Pankopf_
Tory M. Pankopf
748 S. Meadows Pkwy Ste 244
Reno, NV 89521
*Attorneys for Plaintiff Robert A. Slovak*

**IT IS SO ORDERED.**

DATED this 17th day of December 2019.   No further continuance will be granted.

_____
UNITED STATES MAGISTRATE JUDGE