# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT A. SLOVAK, | 3:13-cv-00569-MMD-CBC |
| Plaintiff, | |
| v. | **ORDER** |
| GOLF COURSE VILLAS HOMEOWNERS AOSSICATION, *et al.*, | |
| Defendants. | |

Plaintiff Robert A. Slovak ("Slovak") filed this lawsuit in 2013 seeking quiet title and declaratory relief related to a condominium properly located in Incline Village, Nevada. After several years of litigation, a settlement was reached between the Wells Fargo and Slovak in June 2014. Pursuant to the terms of the agreement, Mr. Slovak agreed to pay Wells Fargo $280,000. In return, Wells Fargo agreed to provide Mr. Slovak with the deed of trust, the note, and to reconvey the property to him. To date, over five years later, the terms of that settlement agreement have yet to be consummated. The primary contention between the parties remains the issue of whether the documents tendered by Wells Fargo, are, in fact, the original note and deed of trust required to be delivered pursuant to the terms of the parties' agreement. However, given the significant time that has elapsed between when the parties entered into the settlement agreement and today, it is unclear whether the parties can finalize the terms of that agreement in the event the court orders them to do so.

Wells Fargo has tendered documents that it asserts are the original documents. Therefore, Wells Fargo has established that it is ready, willing and able to finalize the terms of the settlement agreement upon an order of the court to do so. The same cannot be said of Mr. Slovak.

Therefore, prior to re-scheduling the previously vacated bifurcated hearing related to whether the documents tendered by Wells Fargo are the "originals" or considering *any* further litigation related to enforcement of the parties' settlement agreement, the again court orders Mr. Slovak to deposit $280,000 with the Clerk of Court within sixty (60) days of this order to establish that he is ready, willing and able to finalize the terms of the parties' settlement agreement. These funds will be deposited into an interest-bearing account and will be held until a resolution is reached on the issues surrounding the originality of the documents in question and whether the settlement will be enforced. Upon receipt of proof that Mr. Slovak has deposited the funds as ordered or the filing of a document by Mr. Slovak stating that cannot comply with the court's order, the court will set a status conference with the parties to determine the next steps in this litigation.

**IT IS THEREFORE ORDERED** that Mr. Slovak deposit $280,000 with the Clerk of Court, to be deposited in an interest-bearing account, within sixty (60) days of the date of this order.

**DATED**: March 2, 2020.

_____
**UNITED STATES MAGISTRATE JUDGE**