Jeffrey Willis, Esq.
Nevada Bar No. 4797
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jwillis@swlaw.com
       kdove@swlaw.com
       jmcbee@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT A. SLOVAK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GOLF COURSE VILLAS HOMEOWNERS' ASSOCIATION; GOLF COURSE VILLAS LIMITED PARTNERSHIP; WELLS FARGO BANK, N.A., and DOES 1 - 10, Inclusive,<br><br>Defendants. | CASE NO.: 3:13-cv-00569-MMD-CLB<br><br>**ORDER TO DEPOSIT FUNDS IN BLOCKED ACCOUNT AT ONE NEVADA CREDIT UNION** |

Pursuant to the Court's direction at the January 8, 2021 hearing on the Court's August 19, 2020 Order to Show Cause [ECF No. 292], Plaintiff, Robert A. Slovak ("Mr. Slovak") is ordered to maintain funds in a blocked account (the "Blocked Account") at One Nevada Credit Union (the "Order"), as set forth below:

1. Mr. Slovak is subject to a continuing obligation to deposit the Settlement Funds under this Court's Deposit Orders of January 22, 2019 and March 2, 2020.

2. The Court by this Order modifies the location in which Mr. Slovak is obligated to deposit the funds. Mr. Slovak is ordered to maintain $280,000 (the "Settlement Funds") in an interest-bearing, federally-insured Blocked Account at One Nevada Credit Union (the "Blocked Account") within five (5) business days of this Order.

3. Within seven (7) business days of entry of this Order, Mr. Slovak must (a) deliver a copy of this Order to One Nevada Credit Union; (b) request an acknowledgement of receipt of this Order and verification of the Deposited Funds from One Nevada Credit Union in the form attached as **Exhibit 1**, and (c) file One Nevada Credit Union's acknowledgment and verification with the Court;

4. No withdrawal of principal or interest may be made from the Blocked Account without a written Order under this case name and number, signed by a judicial officer and file-stamped by this Court.

5. The Settlement Funds are not subject to levy or escheat before any further Order of this Court directing the withdrawal or distribution of the funds.

6. This Order only changes the location of deposit and does not otherwise alter Mr. Slovak's obligation that has existed continuously since the Court's Deposit Orders of January 22, 2019 and March 2, 2020 to deposit the Settlement Funds in a location of this Court's designation.

7. This Order does not alter the parties' rights or responsibilities with respect to the Settlement Funds or the Settlement except to the extent expressly stated herein.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: February 22, 2021

4845-0964-8605

- 3 -

Jeffrey Willis, Esq.
Nevada Bar No. 4797
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jwillis@swlaw.com
       kdove@swlaw.com
       jmcbee@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT A. SLOVAK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GOLF COURSE VILLAS HOMEOWNERS' ASSOCIATION; GOLF COURSE VILLAS LIMITED PARTNERSHIP; WELLS FARGO BANK, N.A., and DOES 1 - 10, Inclusive,<br><br>Defendants. | CASE NO.: 3:13-cv-00569-MMD-CLB<br><br>**ACKNOWLEDGEMENT OF RECEIPT OF ORDER AND FUNDS FOR DEPOSIT IN BLOCKED ACCOUNT** |

1. I acknowledge receipt of the Order to Deposit Funds in Blocked Account at One Nevada Credit Union (the "Order"), a copy of which is attached to this form, and of the funds specified in item 7, below.

2. The account described below, in which the funds have been deposited under this Court's Order, is an interest-bearing, federally insured blocked account.

3. The name and title on the account is: _____

_____.

4. The name of the depository is: _____.

   (a) Branch name: _____.

4816-2757-2441

      (b) Branch address: _____

_____.

    5.    Account number: _____.

    6.    Date account opened: _____.

    7.    Amount of initial deposit: $ _____.

    8.    Current balance: $ _____.

I certify that the foregoing information is true and correct, that I am authorized to execute this acknowledgement of receipt on behalf of the depository named in paragraph 4 above, and that no withdrawal of principal or interest from this account will be permitted without a signed, file-stamped order under this case name and number from the court named above.

Dated: _____.

_____        _____
(Name)                                                           (Authorized Signature)

                                                                                        _____
                                                                                       (Title)

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

4816-2757-2441