# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT A. SLOVAK, | 3:13-cv-00569-MMD-CBC |
| Plaintiff, | |
| v. | **ORDER** |
| GOLF COURSE VILLAS HOMEOWNERS AOSSICATION, *et al.*, | |
| Defendants. | |

Plaintiff Robert A. Slovak ("Slovak") filed a motion to access and download ECF documents (ECF No. 310). In this motion, Slovak lists 31 docket numbers that do not appear online. The 31 documents that Slovak lists are sealed documents and transcripts that are not available to the public. Fifteen of the 31 documents were filed by Slovak and sealed at his request. Four documents are sealed transcripts which must be ordered from the court reporter for a fee. Most of the listed documents are related to the motion to enforce the settlement agreement and are necessarily confidential.

The court's case management/electronic filing system does not have the capability to unseal certain documents for view by particular attorneys only and/or for a particular time period for download. A document is filed either for full public view or filed under seal which is protected both from public view and attorneys' view. Sealed documents are not served via CM/ECF and are required by the parties to be served in paper form. LR IC4-1(c)(4).

The court will allow Slovak to order a copy of the sealed items and transcripts at his own expense. The Clerk shall SEND standard copy and transcript order forms to

Slovak's counsel.  Otherwise, Slovak's motion to access and download ECF documents (ECF No. 310) is **DENIED**.

**DATED**: February 26, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**

2