UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT A. SLOVAK, | 3:13-cv-0569-MMD-CLB |
| Plaintiff(s), | |
| vs. | ORDER |
| GOLF COURSE VILLAS HOMEOWNERS ASSOCIATION, et al., | |
| Defendant(s). | |

On January 8, 2021, this Court conducted a video show cause hearing at which time the parties were directed to contact witnesses regarding their availability, meet and confer regarding dates for the two-day evidentiary hearing, and contact the deputy court clerk regrading the dates for such evidentiary hearing (ECF No. 301).

As of today's date, counsel have failed to contact the deputy court clerk regarding the dates for the evidentiary hearing.

Therefore, the two-day in-person evidentiary hearing shall commence before this Court on **Monday, May 17, 2021** at **9:00 a.m.** and shall be continued to **Tuesday, May 18, 2021** at **9:00 a.m.**

IT IS SO ORDERED.

DATED:   March 2, 2021

_____
CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE