TORY M. PANKOPF, ESQ. (NV BAR NO. 7477)
LAW OFFICES OF TORY M. PANKOPF, LTD.
748 S Meadows Parkway, Suite 244
Reno, Nevada 89521
Phone:  775.384.6956
Fax:      775.384.6958
Email:  tory@pankopfuslaw.com

SCOTT D. JOHANNESSEN, ESQ. (CA BAR NO. 128841)
Admitted *Pro Hac Vice*
LAW OFFICES OF SCOTT D. JOHANNESSEN
424 Church Street, Suite 2000
Nashville, Tennessee 37219
Phone:  833.419.6600
Fax:      833.419.6601
Email:  scott@sdjnet.com

*Attorneys for Plaintiff*
*ROBERT A. SLOVAK*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT A. SLOVAK,<br><br>        Plaintiff,<br><br>v.<br><br>GOLF COURSE VILLAS HOMEOWNERS ASSOCIATION; WELLS FARGO BANK, N.A., et al.,<br><br>        Defendants. | Case No. 3:13-CV-0569-MMD-CLB<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING; ORDER THEREON**<br><br>**(First Request)** |

Plaintiff Robert A. Slovak and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), pursuant to Local Rules IA 6-1 and 6-2, through their undersigned counsel of record, hereby stipulate to a continuance of the presently scheduled May 17 and 18, 2021 evidentiary hearing (Doc. No. 312) and, concomitantly, respectfully request an order of the Court accommodating the proposed continuance.

This is the first request for a continuance of the upcoming evidentiary hearing. The parties respectfully submit that good cause exists for the requested continuance, to wit: (1) Mr. Slovak's counsel, who resides in Tennessee, was notified on March 29, 2021 that the school graduation ceremony for his youngest daughter is scheduled to be an in-person event on May 18, 2021 and (2) Wells Fargo's counsel

was informed on March 26, 2021 that its expert witness, who resides in Las Vegas, is unavailable for the upcoming May 2021 evidentiary hearing because of her testifying as an expert in a case on a trial stack that overlaps with the May 17 and 18, 2021 dates.

Accordingly, with the Court's permission and to accommodate these unexpected scheduling conflicts, the parties have agreed and stipulated to a continuance of the presently scheduled two-day in-person evidentiary hearing to **Thursday, August 19, 2021 at 9:00 a.m.** and continued to **Friday, August 20, 2021 at 9:00 a.m.**

Respectfully submitted,

/s/ Tory M. Pankopf
TORY M. PANKOPF (NV BAR NO. 7477)
TORY M. PANKOPF LTD.

/s/ Scott D. Johannessen
SCOTT D. JOHANNESSEN (CA BAR NO. 128841)
Admitted *Pro Hac Vice*
LAW OFFICES OF SCOTT D. JOHANNESSEN

*Attorneys for Plaintiff*
ROBERT A. SLOVAK

Respectfully submitted,

/s/ Jennifer L. McBee
JEFFREY WILLIS (NV BAR NO. 4797)
KELLY H. DOVE (NV BAR NO. 10569)
JENNIFER L. MCBEE (NV BAR NO. 9110)
SNELL & WILMER L.L.P.

*Attorneys for Defendant*
WELLS FARGO BANK, N.A.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 7, 2021