TORY M. PANKOPF, ESQ. (NV BAR NO. 7477)
LAW OFFICES OF TORY M. PANKOPF, LTD.
748 S Meadows Parkway, Suite 244
Reno, Nevada 89521
Phone:  775.384.6956
Fax:      775.384.6958
Email:  tory@pankopfuslaw.com

SCOTT D. JOHANNESSEN, ESQ. (CA BAR NO. 128841)
Admitted *Pro Hac Vice*
LAW OFFICES OF SCOTT D. JOHANNESSEN
424 Church Street, Suite 2000
Nashville, Tennessee 37219
Phone: 833.419.6600
Fax:     833.419.6601
Email:  scott@sdjnet.com

*Attorneys for Plaintiff*
ROBERT A. SLOVAK

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT A. SLOVAK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GOLF COURSE VILLAS HOMEOWNERS ASSOCIATION; WELLS FARGO BANK, N.A., et al.,<br><br>　　　　Defendants. | Case No. 3:13-CV-0569-MMD-CLB<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PENDING MOTION** |

　　　Plaintiff Robert A. Slovak, through his undersigned counsel of record, respectfully requests an extension of time within which to respond to Defendant Wells Fargo Bank, N.A.'s ("Wells Fargo") Motion to Permit Certain Custodial Witnesses and Wells Fargo's Corporate Representative to Testify by Remote Means (Doc. No. 318, "Motion").

　　　Mr. Slovak respectfully submits that good cause exists to support a short one week extension of time.  Mr. Slovak's counsel has shared with Wells Fargo's counsel certain details of medical and other reasons for his request for a brief extension, including the recent illness of family members and the death of a close friend.  Wells Fargo, through its undersigned counsel of record, has graciously agreed with and

1  stipulates to Mr. Slovak's extension request.

2  Accordingly, with the Court's permission and to accommodate Mr. Slovak's counsel, the parties
3  have agreed and stipulated to an extension of time withing which to respond to Wells Fargo's Motion.
4  Under this Stipulation, **Mr. Slovak's response to the Motion will be due no later than May 4, 2021**.

5  Respectfully submitted,                                    Respectfully submitted,

7  */s/ Tory M. Pankopf*                                      */s/ Kelly H. Dove*
   TORY M. PANKOPF (NV BAR NO. 7477)                          JEFFREY WILLIS (NV BAR NO. 4797)
8  TORY M. PANKOPF LTD.                                       KELLY H. DOVE (NV BAR NO. 10569)
                                                              JENNIFER L. MCBEE (NV BAR NO. 9110)
9                                                             SNELL & WILMER L.L.P.

10 */s/ Scott D. Johannessen*                                 *Attorneys for Defendant*
   SCOTT D. JOHANNESSEN (CA BAR NO. 128841)                   WELLS FARGO BANK, N.A.
11 Admitted *Pro Hac Vice*
   LAW OFFICES OF SCOTT D. JOHANNESSEN
12
   *Attorneys for Plaintiff*
13 ROBERT A. SLOVAK

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 27, 2021

**CERTIFICATE OF SERVICE**

      I hereby certify that on the below date I electronically filed the foregoing **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PENDING MOTION** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

    Dated: April 27, 2021.

                                                */s/ Scott D. Johannessen*
                                                Scott D. Johannessen