Jeffrey Willis, Esq.
Nevada Bar No. 4797
Kelly H. Dove
Nevada Bar No. 10569
Jennifer L. McBee
Nevada Bar No. 12747
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
E-mail: jwillis@swlaw.com
kdove@swlaw.com
jmcbee@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT A. SLOVAK, an individual<br><br>Plaintiff,<br><br>vs.<br><br>GOLF COURSE VILLAS HOMEOWNERS' ASSOCIATION; GOLF COURSE VILLAS LIMITED PARTNERSHIP; WELLS FARGO BANK, N.A., and DOES 1 - 10, Inclusive,<br><br>Defendants. | **CASE NO.: 3:13-CV-00569-MMD-CLB**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO RESPONSE TO MOTION TO PERMIT CERTAIN CUSTODIAL WITNESSES AND WELLS FARGO'S CORPORATE REPRESENTATIVE TO TESTIFY BY REMOTE MEANS**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules ("LR") IA 6-1 and LR 7-1, this *Stipulation and Order to Extend Time to File Reply to Response to Motion to Permit Certain Custodial Witnesses and Wells Fargo's Corporate Representative to Testify By Remote Means (First Request)* is entered into by and between Plaintiff Robert A. Slovak ("Mr. Slovak"), and Defendant Wells Fargo Bank, N.A. ("Wells Fargo", and together with Mr. Slovak, the "Parties"), through their attorneys, based on the following:

1. On April 13, 2021, Wells Fargo filed a Motion to Permit Certain Custodial Witnesses and Wells Fargo's Corporate Representative to Testify By Remote Means [ECF No. 318] (the "Motion");

4812-4273-9177

2. The Parties stipulated to and this Court granted a one-week extension for Mr. Slovak to file his Response to the Motion, which he filed on May 4, 2021 [ECF No. 322];

3. Mr. Slovak and Wells Fargo have agreed that Wells Fargo may have until **May 18, 2021** to file its reply to Mr. Slovak's Response to allow sufficient time for client review; and

4. This is the Parties' first request for an extension of time in which to file a reply to Mr. Slovak's Response, and is not intended to cause any delay or prejudice to any party; rather, the Parties seek this extension in good faith to provide adequate time to prepare and allow client review of the reply.

NOW, THEREFORE, subject to the Court's approval, the Parties agree as follows:

A. That Wells Fargo shall have until **May 18, 2021** to file its reply to Mr. Slovak's Response.

DATED this 11th day of May 2021.

DATED this 11th day of May 2021.

SNELL & WILMER L.L.P.

 */s/ Jennifer L. McBee*
Jeffrey Willis (NV Bar No. 4797)
Kelly H. Dove (NV Bar No. 10569)
Jennifer L. McBee (NV Bar No. 9110)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Phone: (702) 784-5200
Fax: (702) 784-5252

*Attorneys for Defendant Wells Fargo Bank, N.A.*

LAW OFFICES OF TORY M PANKOPF, LTD.

 */s/ Scott D. Johannessen*
Tory M. Pankopf (NV Bar No. 7477)
748 South Meadows Parkway, Suite 244
Reno, Nevada 89521
Phone: (775) 384-6956
Fax: (775) 384-6958

Scott D. Johannessen (CA Bar No. 128841)
*Admitted Pro Hac Vice*
LAW OFFICES OF SCOTT D. JOHANNESSEN
424 Church Street, Suite 2000
Nashville, Tennessee 37219
Phone: (833) 419-6600
Fax: (833) 419-6601

*Attorneys for Plaintiff Robert A. Slovak*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 11, 2021

- 2 -

4812-4273-9177

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2021, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO RESPONSE TO MOTION TO PERMIT CERTAIN CUSTODIAL WITNESSES AND WELLS FARGO'S CORPORATE REPRESENTATIVE TO TESTIFY BY REMOTE MEANS (FIRST REQUEST)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 11th day of May 2021.

*/s/ Jill Math*
An Employee of Snell & Wilmer L.L.P.

4812-4273-9177