**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT A. SLOVAK, | 3:13-cv-00569-MMD-CLB |
| Plaintiff, | |
| v. | **ORDER** |
| GOLF COURSE VILLAS HOMEOWNERS AOSSICATION, *et al.*, | |
| Defendants. | |

Defendant filed a motion to permit certain custodial witnesses and Wells Fargo Corporate Representative to testify by remote means. (ECF No. 318). Plaintiff opposed the motion (ECF No. 322), and Defendant replied (ECF No. 325.) The evidentiary hearing was set as an in-person hearing – by order of the court. (ECF No. 317). The court will not accept affidavits in lieu of testimony in this case. Moreover, the current state of the COVID pandemic does not require remote testimony at this time. Therefore, Defendant's motion (ECF No. 318) is **DENIED**.[1]

Plaintiff filed a notice of deposition of expert witness and a notice of deposition of records custodian. (ECF No. 326). Pursuant to LR 26-7, discovery-related papers are not to be filed. Such notices should not be filed. Therefore, ECF No. 326 is hereby **STRICKEN**. Counsel for Plaintiff are again reminded that they are required to follow the Local Rules of Practice in this district – including those attorneys admitted to practice in this case *pro hac vice*. Any additional failures to follow the Local Rules will result in the

---

[1] If Defendant requires a continuance of the hearing date due to witness availability issues, the court will grant a continuance, if requested.

court issuing an order to show cause why sanctions should not be imposed pursuant to LR IA 11-8(c).

**DATED**: May 17, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**