# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT A. SLOVAK, | Case No. 3:13-CV-0569-MMD-CLB |
| Plaintiff, | **ORDER GRANTING MOTION TO SEAL** |
| v. | [ECF No. 383] |
| GOLF COURSE VILLAS HOMEOWNERS' ASSOCIATION, *et al.*, | |
| Defendants. | |

Before the Court is Plaintiff Robert A. Slovak's ("Slovak"), motion for leave to file records under seal. (ECF No. 383.) The documents contain medical information and records of Slovak, his counsel, and an expert witness. (*Id.*)

"The courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Courthouse News Serv. v. Planet*, 947 F.3d 581, 591 (9th Cir. 2020) (quoting *Courthouse News Serv. v. Brown*, 908 F.3d 1063, 1069 (7th Cir. 2018)). Certain documents are exceptions to this right and are generally kept secret for policy reasons, including grand jury transcripts and warrant materials in a pre-indictment investigation. *United States v. Bus. of Custer Battlefield Museum & Store Located at Interstate 90, Exit 514, S. of Billings, Mont.*, 658 F.3d 1188, 1192 (9th Cir. 2011) (quoting *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006)).

If a party seeks to file a document under seal, there are two possible standards the party must address: the compelling reasons standard or the good cause standard. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096-97 (9th Cir. 2016). The choice between the two standards depends on whether the documents proposed for sealing accompany a motion that is "more than tangentially related" to the merits of the case. *Id.* at 1099. If it is more than tangentially related, the compelling reasons standard applies. If not, the good cause standard applies. *Ctr. for Auto Safety*, 809 F.3d at 1102.

Here, Slovak seeks to file documents under seal, which he claims contain supplemental individually identifiable health information. His motion to seal and medical records do not accompany a separate motion thus, they are not "more than tangentially related" to the merits of the case. However, it appears Slovak is merely supplementing the medical records he already filed under seal with the Court. (*See* ECF Nos. 340, 341.) Further, the referenced documents contain the sensitive health information of three individuals. (ECF No. 383.)

Balancing the need for the public's access to information related to the medical history, treatment, and condition of the three individuals mentioned, against the need to maintain the confidentiality of the individual's medical information, weighs in favor of sealing these documents. For good cause appearing, the motion to seal, (ECF No. 383), is **GRANTED**.

**IT IS SO ORDERED.**

**DATED:** December 3, 2021

_____
**UNITED STATES MAGISTRATE JUDGE**

2