# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| ROBERT A. SLOVAK, | Case No. 3:13-CV-00569-MMD-CLB |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| GOLF COURSE VILLAS HOMEOWNERS ASSOCIATION, *et al.*, | |
| Defendants. | |

Pursuant to the Order granting Wells Fargo's motion to enforce the settlement agreement, (ECF No. 448), the Court enters the following Order.

1. One Nevada Credit Union is hereby ordered to distribute the $280,000 (the "Settlement Funds") currently held in Slovak's Blocked Account pursuant to this Court's Order, (ECF No. 308), directly to the account of Wells Fargo.

2. A representative of Wells Fargo is ordered to deliver a copy of this file stamped Order, a copy of the Court's Order, (ECF No. 308), all necessary wire transfer instructions to One Nevada Credit Union, and email information for Wells Fargo's counsel, Kelly Dove, and for Slovak's counsel, Tory Pankopf, as soon as practicable upon receipt of this order.

3. One Nevada Credit Union shall initiate a wire transfer of the Settlement Funds to the account as designated by Wells Fargo by 12:00 P.M. PST on Monday, February 7, 2022, and shall email Wells Fargo's counsel, Kelly Dove, and Slovak's counsel, Tory Pankopf, a receipt confirming the initiation of the wire transfer to Wells Fargo's designated account.

4. Upon confirmation that the wire transfer was initiated, Wells Fargo shall immediately file a notice with the Court indicating that the Settlement Funds have been transferred.

5. As soon as practicable after said notice is filed by Wells Fargo, the Court will release the Loan Documents (Defense Exhibits 3, 4, and 5—the Deed of Trust, Note, and Condominium Rider) to Slovak or his counsel, Tory Pankopf, at the Clerk's Office on the Third Floor of the Bruce R. Thompson United States Courthouse and Federal Building.

6. Upon Slovak or his counsel's receipt of the Loan Documents, Slovak's counsel, Tory Pankopf, is required to file a notice on the record, acknowledging receipt of the Loan Documents.

7. After the transfer of the Loan Documents has occurred and notice of such is filed on the docket, Wells Fargo is directed to record a reconveyance of the Deed of Trust and shall provide a copy of the reconveyance of the Deed of Trust to Slovak or his counsel, as soon as practicable.

**IT IS SO ORDERED.**

**DATED**: February 2, 2022    .

**UNITED STATES MAGISTRATE JUDGE**