UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ROBERT A. SLOVAK, | Case No. 3:13-cv-00569-MMD-CLB |
| --- | --- |
| Plaintiff, | |
| v. | ORDER |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

In reviewing the docket, the Court observes that Plaintiff Robert Slovak's objection (ECF Nos. 388 ("Objection"), 388-1, 388-2) to United States Magistrate Judge Carla L. Baldwin's October 22, 2021 order (ECF No. 385) remains outstanding. Slovak's Objection is accompanied by a motion to seal (ECF No. 387) because the Objection contains individually identifiable health information. Defendant Wells Fargo Bank, N.A., filed a response and attached a motion to seal. (ECF Nos. 410, 411.) Good cause appearing, the Court grants both parties' motions to seal. However, the parties are directed to file an unsealed version of their relevant filings with the health information redacted within seven days from this order.

Additionally, the Court overrules the Objection as moot because no further action is required by the parties pursuant to the Court's February 2, 2022 order (ECF No. 449). (*See* ECF No. 468.) Even if the Court had timely addressed the Objection, having review the parties' arguments and the pertinent records, the Court nevertheless finds that Judge Baldwin did not commit clear error when she issued her order on October 22, 2021. *See* 28 U.S.C. § 636(b)(1)(A); *see also* Fed. R. Civ. P. 72(a).

///

///

///

It is therefore ordered that Plaintiff Robert Slovak's motion to seal (ECF No. 387) and Defendant Wells Fargo Bank's motion to seal (ECF No. 410) are granted.

It is further ordered that the parties will have seven days from the date of this order to file an unsealed redacted version, absent protected information, of their relevant filings on the docket.

It is further ordered that Slovak's Objection (ECF No. 388) is overruled.

DATED THIS 4th Day of May 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE