UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT A. SLOVAK, | Case No. 3:13-cv-00569-MMD-CLB |
| Plaintiff-Appellant, | Ninth Circuit Court of Appeals No. 22-15187 |
| v. | |
| WELLS FARGO BANK, N.A., | ORDER |
| Defendant-Appellee. | |

This case went before the United States Court of Appeals for the Ninth Circuit, and on August 2, 2023, the Court of Appeals issued its judgment dismissing the appeal for lack of jurisdiction. (ECF No. 481.) And the Ninth Circuit recently issued its mandate thereon. (ECF No. 482.) Now that the Court has received that mandate, the Court believes the case is ripe for final resolution and orders the parties to file a joint status report by September 5, 2023, with recommendations as to the next steps required to conclude and close the case.

DATED THIS 30th Day of August 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE