UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT A. SLOVAK,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　　　Defendant. | Case No. 3:13-cv-00569-MMD-CLB<br><br>ORDER |

　　　This Court has reviewed the parties' status reports (ECF Nos. 484 (Defendant's status report), 486 (errata to Plaintiff's status report)). The Court agrees with Defendant that the Court has enforced the settlement, and the settlement terms have been fully and satisfactorily performed. (ECF Nos. 449, 468, 469.) Accordingly, the Court finds that Plaintiff's claims must be dismissed with prejudice.

　　　It is therefore ordered that Plaintiff's claims are dismissed with prejudice.

　　　It is further ordered that the Clerk of Court enter judgment in accordance with this order and close this case.

　　　DATED THIS 6th Day of September 2023.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE